IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Jason Kimble, | : | |
| Plaintiff | : | Civil Action 2:06-cv-287 |
| v. | : | Judge Smith |
| Mail Contractors of America, Inc., | : | Magistrate Judge Abel |
| Defendant | : | |

**ORDER**

On March 28, 2007, the Court granted defendants' motion to dismiss but gave plaintiff an opportunity to move for leave to amend the complaint.  On June 6, 2007, the Magistrate Judge denied plaintiff's motion for leave to file an amended complaint.  No appeal has been filed from that Order.

Accordingly, the Clerk of Court is DIRECTED to enter JUDGMENT dismissing the complaint for failure to state a claim for relief.

　　　　　　　　　　　　　　　　　　 /S/ George C. Smith
　　　　　　　　　　　　　　　　　　George C. Smith
　　　　　　　　　　　　　　　　　　United States District Judge